UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MAYA OF WATERFORD, LLC,

    Plaintiff,

v.                                          Case No. 20-10962

SELECTIVE INSURANCE COMPANY
OF SOUTH CAROLINA,

    Defendant.
_____/

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT AND STAYING LITIGATION**

    Defendant Selective Insurance filed the present "Partial Motion for Summary Judgment" on January 3, 2022. (ECF No. 283.) During an August 3, 2022 telephonic status conference, the parties indicated that they are actively trying to mediate the present dispute. However, due to an unexpected change in their chosen mediator's schedule, the mediation session has been rescheduled for October 17, 2022. The parties agreed that further litigation in this matter—including consideration of the pending summary judgment motion—should be stayed pending the outcome of the October 17th mediation session. Defendant will be allowed to reinstate its motion pending following the mediation session.

    Based on the parties' joint agreement to attempt facilitation,

    IT IS ORDERED that Defendant's "Motion for Partial Summary Judgment" (ECF No. 283) is DENIED WITHOUT PREJUDICE. The moving party shall have the right to reinstate the motion and all associated responsive briefing and pleadings in the exact

form it was originally filed by providing notice to the court within **28 days** of the conclusion of the mediation session.

IT IS ORDERED that all litigation in this matter is stayed, and all deadlines suspended pending the outcome of the October 17, 2022 mediation session.

IT IS FURTHER ORDERED that the parties shall submit a joint update regarding the outcome mediation session by email before **October 21, 2022.**[1]

```
                                    s/Robert H. Cleland              /
                                    ROBERT H. CLELAND
                                    UNITED STATES DISTRICT JUDGE
Dated:  August 3, 2022
```

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 3, 2022, by electronic and/or ordinary mail.

```
                                    s/Lisa Wagner                    /
                                    Case Manager and Deputy Clerk
                                    (810) 292-6522
```

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\20-10962.MAYA.ProposedOrderDismissingPendingMotions.AAB.RHC.docx

---

[1] Parties shall email the court's case manager at lisa_wagner@mied.uscourts.gov.